Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

_____ Divisi

|  |  |
|---|---|
| Blevins, Jason Urian | Case: 1:22–cv–03341 |
| *Plaintiff(s)* | Assigned To : Unassigned (JURY DEMAND) |
| | Assign. Date : 11/1/2022 |
| | Description: Pro Se Gen Civ. (H-DECK) |

Blevins, Jason Urian

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Bank-Fund Staff Federal Credit Union
Jennifer kuhn
Nadia Monroe

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial:  *(check one)*   ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Blevins, Jason Urian |
| Street Address | 8905 58th Avenue |
| City and County | Berwyn Heights, Prince George's County |
| State and Zip Code | Maryland (20740) |
| Telephone Number | (718)938-0737 |
| E-mail Address | j.ublevins@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

RECEIVED

NOV 0 1 2022

Defendant No. 1

> Name                          Bank-Fund Staff Federal Credit Union
>
> Job or Title *(if known)*
>
> Street Address                1725 I Street Northwest, Sixth Floor
>
> City and County               Washington
>
> State and Zip Code            District of Columbia
>
> Telephone Number              (202) 212-6400
>
> E-mail Address *(if known)*

Defendant No. 2

> Name                          Jennifer Kuhn
>
> Job or Title *(if known)*     Vice President of Human Resources
>
> Street Address
>
> City and County
>
> State and Zip Code
>
> Telephone Number
>
> E-mail Address *(if known)*   jkuhn@bfsfcu.org

Defendant No. 3

> Name                          Nadia Monroe
>
> Job or Title *(if known)*
>
> Street Address
>
> City and County
>
> State and Zip Code
>
> Telephone Number
>
> E-mail Address *(if known)*   namonroe@bfsfcu.org

Defendant No. 4

> Name
>
> Job or Title *(if known)*
>
> Street Address
>
> City and County
>
> State and Zip Code
>
> Telephone Number
>
> E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title VII

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____
   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. Defamation: I stated in my affidavit that receiving the COVID-19 vaccine was against my sincerely held religious beliefs. I called Nadia Monroe at (202) 212-6514 on November 3, 2021 at 10:37am when she told me that my religious accommodation was denied since my religious beliefs are not bona fide, and therefore invalid. Her name appears on the termination letter.

2. Discrimination: Jennifer Kuhn denied my religious accommodation request and terminated my employment on November 9, 2021 while other employees were accommodated.

3. Harassment: Jennifer Kuhn and her staff repeatedly sent threatening emails to compel me to act against my faith, creating a hostile environment to work in, and retaliated by termination.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$500,000.00 - Religious Discrimination; Nadia Monroe told me that I would be accommodated if I were Christian, Muslim, Atheist or Buddhist.

$39,500,000.00 - Punitive Damages; Bank-Fund Staff Federal Credit Union and its agents caused psychological, social, emotional and physical unwellness through persecution and retaliation. I was not able to support my pregnant partner and as a result I have not seen my first born, or my partner who was in about her first trimester when she left after my employment was terminated. I requested escalation to BFSFCU's legal team for resolve and Jennifer Kuhn let me know she will not escalate, and Nadia Monroe told me that she had studied law her whole life and said "Good luck with whatever you're trying to do."

$50,000.00 - Backpay; November 2021 - November 2022

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     November 1, 2022

Signature of Plaintiff         UCC1-308
                               without prejudice
Printed Name of Plaintiff     Blevins: Jason Urian

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Street Address                 _____
State and Zip Code             _____
Telephone Number               _____
E-mail Address                 _____